IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICAL JENKINS                    :      CIVIL ACTION
                                 :
        v.                       
                                 
CITY OF PHILADELPHIA             :      NO. 11-1084
et al.

O R D E R

     **AND NOW, TO WIT:** This 22nd day of December, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/Katherine Gallagher
     Katherine Gallagher
     Deputy Clerk

Civ 2
41(b).frm